IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. JOHNSON                                                          PETITIONER
ADC #086885

v.                              No. 5:14-cv-176-DPM-JTR

RAY HOBBS, Director, ADC                                                  RESPONDENT

### ORDER

On *de novo* review, the Court adopts the recommendation, № 16, with a correction* and overrules Johnson's objection, № 17. FED. R. CIV. P. 72 (b)(3). Johnson's motion for preliminary injunction, № 10, and motion for summary judgment, № 12, both of which echo his petition, are denied. His motion for ruling, № 15, is denied as moot. The Court regrets its delay in addressing his petition. No certificate of appealability will issue because Johnson hasn't made a substantial showing that his right to due process was violated. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 March 2015

* In footnote 11, the full name of the first case cited is *United States v. Carthen*.