IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. JOHNSON                                                    PETITIONER
ADC #086885

v.                            No. 5:14-cv-176-DPM

RAY HOBBS, Director, ADC                                            RESPONDENT

## JUDGMENT

The petition is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

13 March 2015